IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | 4:00CR3091 |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| GREGORY T. SYSLO, | ) | ORDER TO RELEASE |
| | ) | GARNISHMENT |
| Defendant. | ) | |

This matter comes before this Court on the Motion of the Plaintiff, United States of America, for an order releasing the garnishment against Big Valley Pork, and for good cause shown,

IT IS HEREBY ORDERED that the garnishment against Big Valley Pork, is released.

DATED this 28th day of July, 2010.

BY THE COURT:

s/ WARREN K. URBOM
United States Senior District Judge