IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | |
|---|---|
| Plaintiff, | 4:00-CR-3091 |
| vs. | ORDER |
| GREGORY T. SYSLO, | |
| Defendant. | |

IT IS ORDERED:

1. The government shall respond to the defendant's motion to modify garnishment (filing 135) and its supporting materials (filing 134; filing 136) on or before September 4, 2019.

2. The Clerk of the Court shall provide the government with a copy of the defendant's sealed filing 136.

Dated this 21st day of August, 2019.

BY THE COURT:

John M. Gerrard
Chief United States District Judge