IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | 4:00-CR-3091 |
| vs. | ORDER |
| GREGORY T. SYSLO, | |
| Defendant. | |

The plaintiff has moved to release the garnishment against AGI Sentinel because the defendant's restitution judgment in this case is paid in full. Filing 142. Accordingly:

IT IS ORDERED:

1. The plaintiff's Motion to Release Garnishment (filing 142) is granted.

2. The garnishment against garnishee AGI Sentinel (filing 141) is released.

3. The Clerk of the Court is directed to mail a copy of this order to the defendant and the garnishee.

Dated this 16th day of June, 2022.

BY THE COURT:

John M. Gerrard
United States District Judge